```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

UNITED STATES OF AMERICA,          :
                                   :
              Plaintiff,           :
                                   :      Criminal Action No. 99-20-JJF
                                   :
YASMIN BEHMANSHAH,                 :
                                   :
              Defendant.           :

### O R D E R

WHEREAS, Defendant has filed a Motion For Modification Of Final Judgement Based On Lack Of Jurisdiction (D.I. 138) and Motion Of Supplement In Support Of Fact In Petitioner's "Prima Facia" (D.I. 139);

WHEREAS, as best the Court can ascertain, these Motions challenge the Court's jurisdiction over the criminal complaint filed against Defendant;

WHEREAS, the district courts of the United States "have original jurisdiction... of all offenses against the laws Of the United States," 18 U.S.C. § 3231;

WHEREAS, Defendant was convicted of mail fraud under 18 U.S.C. § 1341, health care fraud under 18 U.S.C. § 1347, and money laundering under 18 U.S.C. § 1956 (D.I. 94);

NOW THEREFORE IT IS HEREBY ORDERED that:

1. Defendant's Motion For Modification Of Final Judgement Based On Lack Of Jurisdiction (D.I. 138) is **DENIED**.

2. Defendant's Motion Of Supplement In Support Of Fact In Petitioner's "Prima Facia" (D.I. 139) is **DENIED**.

July 12, 2006
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT COURT